THE PEOPLE OF THE STATE OF NEW YORK ex rel. ORANGE AND ROCKLAND ELECTRIC COMPANY, Respondent, v. HENRY KOSTER and Others, Members of and Constituting the Board of Assessors of and for the Town of Monroe, and FRANK H. THOMPSON, Town Clerk of the Town of Monroe, Appellants.— Order granting petitioner's motion to amend petition, and denying defendants' motion to resettle order of reference, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

HAROLD W. RAMBUSCH and VIGGIO F. E. RAMBUSCH, as Executors, etc., of FRODE C. W. RAMBUSCH, Deceased, Respondents, v. SARAH F. BURKE, Appellant.— Order denying motion to amend decision and judgment, in so far as appealed from, affirmed, with ten dollars costs and disbursements. It seems that the question of interest on the purchase money had been decided by the trial court as a matter of law. The court, therefore, had no authority to amend its decision and judgment. Furthermore, the defendant was not entitled to interest, it being the general rule that the vendor is not entitled to interest on the purchase money if he remains in possession, except where the vendor is charged with rents and profits, or use and occupation. (*Stevenson* v. *Maxwell*, 2 Sandf. Ch. 273.) Manning, Young, Kapper and Lazansky, JJ., concur; Kelly, P. J., concurs in result.

REAL ESTATE FINANCE CORPORATION, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant. ROSE LONGWORTH, Defendant.— Order denying motion to dismiss complaint and supplemental complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ALBERT SALERNO, Appellant, v. ELIZABETH SALERNO, Respondent.— Order granting alimony *pendente lite*, and counsel fee, and order confirming said order on reargument, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

JOHN SCHEIER, Respondent, v. ALBERT A. ANDERSON, Appellant, and Others, Defendants.— Order denying motion to vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.